UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KEVIN PEYTON,

    Plaintiff,

v.       Case No.  5:11-cv-640-Oc-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

ORDER[1]

Pending before the Court is Plaintiff's Uncontested Motion to Dismiss (Doc. 18). Pursuant to M.D. Fla. R. 3.01(g), counsel for Plaintiff represents that Defendant's attorney has been contacted and has no objection to the dismissal. Plaintiff further represents that Defendant has agreed that each party "would be responsible for their own costs associated with this action." (Id.).

Upon due consideration, the undersigned will construe the uncontested motion as the joint stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a). Pursuant to this stipulated dismissal, the undersigned finds that there is no prevailing party in this action and an award of Equal Access to Justice Act ("EAJA") fees would be inappropriate under these circumstances. See Ruiz v. Comm'r of Soc. Sec., 189 F. App'x. 112, 113 (3d. Cir. 2006) ("A district court may also enter a voluntary dismissal on the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a), in which

---

[1] On April 13, 2012, both parties consented to the exercise of jurisdiction by a magistrate judge in this case. (Doc. 13).  Accordingly, the case was referred to the undersigned by an Order of Reference on April 16, 2012. (Doc. 15).

case no EAJA fee award is appropriate, as there is no prevailing party.") (citing

Melkonyan v. Sullivan, 501 U.S. 89, 102-03 (1991)).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's uncontested motion (Doc. 18) is GRANTED.

2. This case is DISMISSED WITH PREJUDICE.

3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 18, 2012.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel